

Received
FEB 0 3 2021
Grievance

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: David W. Mearis
SPN: 01823344   Cell: _____
Street _____
HOUSTON, TEXAS 77002

**aramark**

Grievance
Board

**INDIGENT**

Code - A16 PREA/Sexual Conduct
Compl - 38922 Grievance

From: David W. Mearis  #01823344   Cell: 2N1-P
Date: 1-28-21

I arrived here at the Harris County Jail from the F.D.C. here in Houston, TX on or around the morning of 1-22-21.

At some point during that evening, I was placed in a holding cell located in the 1200 Baker st. Medical Dept., to await consultation with psychology.

After complaining multiple times about the extreme pain I was in (L5-S1 spine injuries and failed surgeries, and that I needed something to lay on, I was escort by officers to another holding cell nearby. I was then told that they were going to handcuff and shackle me. Once I started to try and explain the situation to them they attacked me.

My fingers, wrists, and arms were twisted into many awkward positions that sent shock-waves of pain through my body. The officers then plac the leg restraints on my ankles extremely tight, and the handcuffs on even tighter, with my hand cuffed at odd angles. I was left like that for many hours.

I frequently showed the camera I was still cuff and shackled during that time.

I kept yelling to officers that I was in pain and that their actions were illegal. How restraints are to be used as a Preventive measure not

RECEIVED FEB 03 2021 Grievance

punitively.

I also had an asthma episode during that time and almost passed out. I yelled for help, and tried to use my rescue inhaler with just my mouth in the seating area, but it fell to the ground.

At some point I was taken to see ~~the~~ an psychological provider. She saw how swollen my hands were and how I could barely move my fingers.

After being given the prescribed psyc meds I basically became incapacitated but still conscious (barely). Later that night the handcuffs were removed but the shackles were left in place.

At some point after that an inmate entered the holding cell with me. The door was then locked again behind him.

At first I did not understand what he was saying to me. I finally understood he was say he was going to suck my dick. I got real nerv because I was still very weak, drowsy, and my legs were still shackled. I told him "No I'm good", and pointed out the camera hoping to discourage him. Shortly after that he pulled m penis out and sucked it for a few seconds ~~he then left~~. There was nothing I could do in my condition except get hurt.

At this time I still have the marks on my wr

3.

my hands are still burning, and tingling and are very numb. I feel as though I am less than a man and am afraid something like this will happen again. I have had a few nightmares regarding the incident and how helpless I was.

                        Thankyou For Your Time

                        01823344

                        David W. Mearis

I am requesting immediate medical attention, for pictures and documentation to be made of the still visible cuts and bruises on my wrist, for all officers involved to be punished, for the inmate involved to be prosecuted, to be paid damages in the amount of $50,000, pain and suffering $500,000, and punitive damages of $1,000,000 dollars. Total = 1,554 At this time these amounts are negotiable.

                        Thankyou


Received FEB 03 2020 Grievance

P.S. Almost all is on camera.

# GRIEVANCE RECEIPT
## INMATE GRIEVANCE BOARD
### 1200

**To:** DAVID WAYNE     MEARIS     Grievance Received     2/3/2021
    SPN# 1823344

**From:** Inmate Grievance Board

**Ref:** GRIEVANCE #     38922
    ADMIN SERVICES DIVISION

HC2103-00468

The Inmate Grievance Board has received a grievance from Inmate
    DAVID WAYNE     MEARIS

Upon completion of your investigation, check the appropriate finding and provide the Inmate with this Grievance Receipt.

I have investigated this grievance and determined it to be:

____Unfounded     ____Founded/Resolved     ____Founded/Unresolved

____ATW/TDC     √ OIG/IAD or Bureau Investigation

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate     MEARIS     on Date: 3/2/21

Supervisor's printed name: K. Camacho
Supervisor's Signature: K. Camacho     Date: 3/2/21

# GRIEVANCE RECEIPT
## INMATE GRIEVANCE BOARD
### 1200

To:   DAVID WAYNE   MEARIS           Grievance Received   2/3/2021
SPN#   1823344

From: Inmate Grievance Board

Ref:   GRIEVANCE #   38923
       ADMIN SERVICES DIVISION

---

The Inmate Grievance Board has received a grievance from Inmate
DAVID WAYNE   MEARIS

Upon completion of your investigation, check the appropriate finding and provide the Inmate with this Grievance Receipt.

---

I have investigated this grievance and determined it to be:

___Unfounded          ___Founded/Resolved          ___Founded/Unresolved

___ATW/TDC          √ OIG/IAD or Bureau Investigation

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate   MEARIS          on Date: 02/04/21

---

Supervisor's printed name: René Villalobos
Supervisor's Signature: René Villalobos          Date: 02/04/21

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

| | |
|---|---|
| TO: INMATE MEARIS | DAVID WAYNE |
| SPN# 1823344 | Cell Block: 2N1 01I |

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on 2/3/2021 and filed as grievance # 38923
This grievance is in reference to   ADMIN SERVICES DIVISION

At this time, your grievance is under investigation.
Please do not file any further grievances in reference to this matter.

| | |
|---|---|
| Grievance Board Member   TAGBOGUN | 2/3/2021 |

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

| | |
|---|---|
| TO: INMATE MEARIS    DAVID WAYNE | |
| SPN# 1823344 | Cell Block: 2N1 01I |

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on *2/3/2021*  and filed as grievance # *38922*
This grievance is in reference to    ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to this matter.**

| | |
|---|---|
| Grievance Board Member    TAGBOGUN | 2/3/2021 |